UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
NOV 0 8 2011
David J. Bradley, Clerk
Laredo Division

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. |
| LUIS ALBERTO BERRIOS § AKA: "ONLY WARRIOR 80" § AKA: "KKKHAOS1980@YAHOO.COM" § | **L-11-1286** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or between January 1, 2010 and February 1, 2011, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**LUIS ALBERTO BERRIOS
AKA: "ONLY WARRIOR 80"
AKA: "KKKHAOS1980@YAHOO.COM",**

did knowingly transfer and attempt to transfer, by means of a facility of interstate commerce, that is, a computer, obscene matter to another individual who has not attained the age of 16 years, that is, JSR, a minor, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## COUNT TWO

On or between January 1, 2010 and February 1, 2011, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**LUIS ALBERTO BERRIOS
AKA: "ONLY WARRIOR 80"
AKA: "KKKHAOS1980@YAHOO.COM",**

did employ, use, persuade, induce, entice, or coerce a minor, that is, JSR and did attempt to employ, use, persuade, induce, entice, or coerce a minor, that is, JSR, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, or for the purpose of transmitting a live visual depiction of such conduct, knowing that such visual depiction was intended to be transported or transmitted in interstate commerce by any means, including by computer.

In violation of Title 21, United States Code, Section 2251(a) and (e).

A TRUE BILL:

Original Signature on File

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
JOSH A.C. ACKERMAN
Assistant United States Attorney

GPK

**L-11-1286**

| LAREDO DIVISION | **CRIMINAL DOCKET** | NO._____ |
|---|---|---|
| FILE: 2011R01503 | Filed: NOV | Judge: _____ |
| INDICTMENT | | |

UNITED STATES OF AMERICA

ATTORNEYS:

KENNETH MAGIDSON, USA

VS.

JOSH A.C. ACKERMAN, AUSA

LUIS ALBERTO BERRIOS

AKA: "ONLY WARRIOR 80"

AKA: "KKKHAOS1980@YAHOO.COM"

Appt'd | Private

GPK

CHARGE: (TOTAL COUNTS:) (2)

Ct. 1: Transfer of obscure material to a minor
    18 USC 1470
Ct. 2: Sexual exploitation of a minor
    18 USC 2251(a) and (e)

PENALTY: Cts. 1-2: minimum penalty is 30 years imprisonment and the statutory maximum penalty is life.

In Jail:

NAME & ADDRESS

On Bond:

of Surety:

No Arrest:

**PROCEEDINGS:**